UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
MICHAEL JAMES,

                        Plaintiff,

      -against-

DETECTIVE RACHEL ALVAREZ, et al.,

                        Defendants.
-------------------------------------------------------------x

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.
★   08 2007 ★
BROOKLYN OFFICE

NOT FOR PUBLICATION

ORDER

05-CV-5992 (CBA)

AMON, United States District Judge:

    The Court has received the Report and Recommendation (R&R) of the Honorable Lois Bloom, United States Magistrate Judge, recommending that the Court deny as moot the plaintiff's request for a "Preliminary Injunction and Restraining Order Along [sic] Sanctions for Contempt." The Court has reviewed the R&R and the objections of the plaintiff. The Court finds the plaintiff's objections to be without merit and accordingly adopts the R&R as the opinion of the Court.

    In addition, plaintiff requested in his objections to the R&R that "a core article 3 district judge preside over these proceedings and the trial." In accordance with the practice of this Court, all non-dispositive pre-trial matters will be handled, in the first instance, by Magistrate Judge Bloom. If the plaintiff disagrees with a ruling of Magistrate Judge Bloom, he may appeal that ruling to United States District Judge Amon. All dispositive motions will be addressed by Judge Amon. In addition, Judge Amon will preside over a trial, if and when the case proceeds to trial.

    SO ORDERED.

Dated: Brooklyn, New York
       March ___, 2007

                                         Carol Bagley Amon
                                         United States District Judge